United States District Court
District of Minnesota

| | |
|---|---|
| Brent Mead,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Consumer Portfolio Services, Inc., Ivan Doe, Abel Doe, Robin Doe, and Does 1-10,<br><br>　　　　　　Defendants. | Court file no. 13-cv-2766 (JNE/JJM)<br><br><br>Notice of Dismissal with Prejudice |

　　It is hereby stipulated and agreed to by Plaintiff and their attorney that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice, without costs, disbursements, or attorney fees to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

　　　　　　　　　　　　[signature follows]

**The Ryder Law Firm, LLC**

Date: <u>November 26, 2013</u>         <u>*s/Randall P. Ryder*</u>
                                Randall P. Ryder (#389957)
                                2701 University Avenue SE, #209
                                Minneapolis, MN 55414

                                phone • 612.424.3770
                                fax • 612.605.3247
                                e-mail • email@theryderlawfirm.com

                                Attorney for Plaintiff