UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brent Mead,<br><br>          Plaintiff,<br><br>v.<br><br>Consumer Portfolio Services, Inc., Ivan Doe, Abel Doe, Robin Doe, and Does 1-10,<br><br>          Defendants. | Civil No. 13-2766 (JNE/JSM)<br><br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

   On November 26, 2013, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice [Docket No. 5]. Based on the notice, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

   IT IS SO ORDERED.


Dated:  November 27, 2013               s/Joan N. Ericksen                          
                                        JOAN N. ERICKSEN
                                        United States District Judge